## Commonwealth *v.* Santana, Appellant.

Ar-gued September 18, 1973. *Allan M. Tabas,* for appellant; *Louis A. Perez, Jr.,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the judgment of sentence is affirmed.

HOFFMAN, CERCONE, and SPAETH, JJ., dissent.
SPAULDING, J., absent.